## PARISH v. CRAIG.

This case is governed by the decisions in the cases of *Parish* v. *Craig*, 40 App. D. C. 138; and *Craig* v. *Parish*, 43 App. D. C. 447.

No. 3022.   Submitted October 5, 1917.   Decided November 12, 1917.

HEARING on an appeal by the defendant from a judgment of the Supreme Court of the District of Columbia, on verdict, in an action on a contract to pay a percentage of the gross amount recovered on a claim against the United States.        *Affirmed.*

The facts are stated in the opinion.

*Mr. Leigh Robinson* for the appellant.

*Mr. Chauncey Hackett* and *Mr. Frank W. Hackett* for the appellee.

PER CURIAM:   This cause has been before this court in two former appeals,—*Parish* v. *Craig*, 40 App. D. C. 138; *Craig* v. *Parish*, 43 App. D. C. 447.   There have been three separate trials, resulting, in each instance, in a verdict for the plaintiff for the full amount claimed.   In our former opinions the facts were fully stated and the law of the case reviewed.   This appeal presents no important additional propositions of law or fact.

The judgment, therefore, is affirmed, with costs.

*Affirmed.*

A motion for a rehearing and reargument was denied December 1, 1917.

A petition for the allowance of an appeal to the Supreme Court of the United States was denied January 12, 1918.